```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | | |
|---|---|---|
| DARRYL E. SAYLES, | ) | 3:08-CV-00088-ECR-RAM |
| | ) | |
|     Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: December 11, 2009 |
| | ) | |
| CLARK COUNTY DETENTION CENTER, JOHN DOE #1, Officer, JOHN DOE #2, Nurse, JOHN DOE #3, Medical Dept., | ) ) ) ) | |
|     Defendants. | ) ) | |

PRESENT:  EDWARD C. REED, JR.           U. S. DISTRICT JUDGE

Deputy Clerk:  COLLEEN LARSEN    Reporter:  NONE APPEARING

Counsel for Plaintiff(s)           NONE APPEARING

Counsel for Defendant(s)           NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On November 18, 2009, the Magistrate Judge filed a Report and Recommendation (#35) recommending that Defendant's Motion for Summary Judgment (#31) be granted.

    No objections have been filed within the time required by the Rules of the Court.  The Report and Recommendation (#35) appears to be well taken and is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that Defendant's Motion for Summary Judgment (#31) is **GRANTED**.

    Plaintiff has failed to show that Defendant had or has any customs, policies, or practices to ignore the serious medical needs of inmates.

    The Clerk shall enter judgment accordingly.

                                             LANCE S. WILSON, CLERK

                                             By      /s/
                                                 Deputy Clerk